IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARY HAREMZA and JACOB MURRAY,** *in his capacity as the executor of the estate of Stacy Murray,* *on behalf of themselves and all others similarly situated,*<br><br>**Plaintiffs,**<br><br>v.<br><br>**JOHN DOES Nos. 1-15, AANIIIH NAKODA FINANCE, d/b/a BRIGHT LENDING, TERRY BROCKIE, DUSTIN MONROE, TRACY KING, KENNETH HELGESON, CHRIS GARDIPEE, ROMONA HORN and JOHN HAWLEY,**<br><br>**Defendants.** | Civil Action No. 2:22-cv-00043 PGS-TJB<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that that the above entitled action be, and the same hereby is, dismissed with prejudice, without costs to either party as against the other and without right of appeal, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By:*/s/ John J. Grogan*
John J. Groban, NJ Bar No. 026971993
*Counsel for Plaintiffs*
LANGER, GROGAN & DIVER, PC
1717 Arch Street, Suite 4020
Philadelphia, PA  19103
Telephone: (215) 320-5660
Facsimile: (215) 320-5703
Email: jgrogan@langergrogan.com

By: */s/ Eric Wong*
Eric Wong, NJ Bar No. 018972007
*Counsel for Defendants Aaniiih Nakoda Finance, LLC, d/b/a Bright Lending, Terry Brockie, Dustin Monroe, Tracy King, Kenneth Helgeson, Christopher Gardipee, Ramona Horn and John Hawley*
GREENBERG TAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ  07932
Telephone.: (973) 360-7900
Facsimile: (973) 301-8410
Email: wonge@gtlaw.com

129845982